UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JUSTIN PARSONS,

               Plaintiff,                   Case No.  04-74457

v.                                 Magistrate Judge R. Steven Whalen

CITY OF PONTIAC, et al.,

               Defendants.

_____/


### ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S
### MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

For the reasons and under the terms stated on the record on May 30, 2006, Plaintiff's

Motion for Leave to File First Amended Complaint [Docket #25] is DENIED WITHOUT

PREJUDICE.

Further, the deposition of Defendant Sherry McKinney shall take place within 30 days

of the date of this Order.

SO ORDERED.


                                 S/R. Steven Whalen
                                 R. STEVEN WHALEN
                                 UNITED STATES MAGISTRATE JUDGE

Dated:  May 30, 2006


CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 30, 2006.


S/Gina Wilson
Case Manager