UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN PARSON,

       Plaintiff,                    Case No.  04-74457

v.                                  Magistrate Judge R. Steven Whalen

CITY OF PONTIAC, et al.,

       Defendants.
_____/

## ORDER DISMISSING MOTION TO COMPEL

Upon receiving correspondence advising the Court that this matter has been resolved and requesting that the motion be withdrawn and the same having been filed with the Court on November 27, 2006, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel [filed 10/25/06] [document #56] is hereby dismissed without prejudice.

                                            s/R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated:  November 27, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the

attorneys and/or parties of record by electronic means or U.S. Mail on November 27, 2006.

                                                s/Gina Wilson
                                                Judicial Assistant